IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
Case No.: 3:07-CV-534-RJC-DSC

| | |
|---|---|
| TRAVIS COLLUM, Guardian ad Litem for unnamed minor child,<br>    Plaintiff,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON, JIMMIE VANCE GRUBBS AND RONALD DIXON,<br><br>    Defendants.<br>_____<br><br>BRANTLEY OSTWALT, Guardian ad Litem for unnamed minor child,<br>    Plaintiff,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON, AND RONALD DIXON,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on Defendants' "Motion to Compel" (document #40) and "Second Motion to Amend Pretrial Order and Case Management Plan" (document #42), both filed June 17, 2009; and "Plaintiffs' Motion to Stay Proceedings" (document #43) filed July 21, 2009.

In their Motions, Defendants seek an Order compelling Plaintiffs to respond to Defendants' written discovery requests and extending Defendants' deadline for serving expert witness reports and the discovery deadline.

In Plaintiffs' Motion, their counsel, M. Thomas Norwood, III, represents that he has left the private practice of law and can no longer represent Plaintiffs. Plaintiffs seek a 60-day stay during which they can retain new counsel.

The undersigned concludes that a 30-day stay is sufficient to permit Plaintiffs to retain new counsel, following which Plaintiffs must prepare and serve their discovery responses. The Court cautions and advises Plaintiffs that regardless of whether or when Plaintiffs retain new counsel, they will be required to conduct discovery, respond to discovery requests from Defendants, and generally carry out any other responsibilities related to this litigation with all diligence, including complying with the Local Rules, the Federal Rules of Civil Procedure, the Pretrial Order and Case Management Plan, and other Orders of the Court, on or before the expiration of the appropriate deadlines.

**NOW THEREFORE, IT IS ORDERED**:

1. Plaintiffs' "Motion to Stay Proceedings" (document #43) is **GRANTED IN PART** and **DENIED IN PART.** This matter is **STAYED** until August 24, 2009, on which date the **STAY** shall expire.

2. Defendants' "Motion to Compel" (document #40) is **GRANTED**. On or before September 24, 2009, Plaintiffs shall provide complete responses to Defendant Charlotte-Mecklenburg Board of Education's First Set of Interrogatories and Requests for Production to Plaintiff Brantley Ostwalt and Defendant Alicisa Johnson's First Set of Interrogatories and Requests for Production to Plaintiff Travis Collum.

3. Defendants' "Second Motion to Amend Pretrial Order and Case Management Plan" (document #42) is **GRANTED**. Defendants' deadline for providing expert reports is extended until November 9, 2009; and the deadline for completion of discovery is extended until November 24, 2009.

4. The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 23, 2009

David S. Cayer
United States Magistrate Judge