UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv534-RJC

| | |
|---|---|
| TRAVIS COLLUM, Guardian ad Litem for unnamed minor child, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON, JIMMIE VANCE GRUBBS and RONALD DIXON, | ) ) ) ) ) |
| Defendants. | ) ) |
| BRANTLEY OSTWALT, Guardian ad Litem for unnamed minor child, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON and RONALD DIXON, | ) ) ) ) |
| Defendants. | ) |

**ORDER EXTENDING TRIAL DATE**

PURSUANT TO the Court's August 31, 2009 Order Granting Defendants' Third Motion to Amend Pretrial Order and Case Management Plan (Doc. No. 46), the trial date is now set for May 3, 2010. All other deadlines shall be in accordance with the August 31, 2009 Order (Doc. No.

46) and the December 9, 2008 Pretrial Order and Case Management Plan (Doc. No. 37).

**IT IS SO ORDERED**.

Signed: September 3, 2009

Robert J. Conrad, Jr.
Chief United States District Judge