# United States District Court
# For The Western District of North Carolina
# Charlotte Division

TRAVIS COLLUM, Guardian ad Litem for unnamed minor child,
    Plaintiff,
v.
CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON, JIMMIE VANCE GRUBBS and RONALD DIXON,
    Defendants.

JUDGMENT IN A CIVIL CASE

3:07cv534

BRANTLEY OSTWALT, Guardian ad Litem for unnamed minor child,
    Plaintiff,
v.
CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, ALICISA JOHNSON and RONALD DIXON,
    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2010 Order.

Signed: February 23, 2010

Frank G. Johns, Clerk
United States District Court